**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000016
22-APR-2020
10:01 AM**

NO. CAAP-20-0000016

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HSBC BANK USA, NATIONAL ASSOCIATION FOR THE BENEFIT OF
ACE SECURITIES CORP. HOME EQUITY LOAN TRUST,
SERIES 2006-NC2, Plaintiff-Appellee, v. AGRIPINO
PASCUA BONILLA, Defendant-Appellant, HSBC BANK
USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST
FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP.
HOME EQUITY LOAN TRUST, SERIES 2006-NC2, ASSET
BACKED PASS-THROUGH CERTIFICATES, Defendants-
Appellees, JOHN AND MARY DOES 1-20; DOE
PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 19-1-0025(3))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed March 18, 2020, by Defendant-Appellant Agripino
Pascua Bonilla, the papers in support, and the record, it appears
that (1) the appeal has been docketed; (2) the parties stipulate
to dismiss the appeal and bear their own attorneys' fees and
costs; (3) the stipulation is dated and signed by counsel for all

parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, April 22, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge